**DISMISS and Opinion Filed August 20, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00477-CV

**CUSTOMER SERVICE QUALITY TRANSPORTATION, INC., Appellant**
**V.**
**KEELEN JACKSON, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-08827**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Reichek

Pursuant to Texas Rule of Appellate Procedure 42.1(a)(1), appellant has filed

an unopposed voluntary motion to dismiss this appeal. *See* TEX. R. APP. P.

42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*


/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

210477F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

CUSTOMER SERVICE QUALITY
TRANSPORTATION, INC.,
Appellant

No. 05-21-00477-CV     V.

KEELEN JACKSON, Appellee

On Appeal from the 193rd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-08827.
Opinion delivered by Justice
Reichek, Justices Schenck and
Carlyle participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that each party bear its own costs of this appeal.

Judgment entered August 20, 2021.